**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 10-14097-CR-MOORE/LYNCH**

**UNITED STATES OF AMERICA,**

> **Plaintiff,**

v.

**DYMERANCE JERMAINE ODOM,**

> **Defendant.**

_____/



FILED by _____ D.C.

JAN 1 7 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON PRO SE MOTION FOR**
**APPOINTMENT FOR ATTORNEY ON APPEAL [D.E. #45]**

**THIS CAUSE** having come on to be heard upon the pro se motion filed by the

Defendant herein, and this Court having reviewed the motion and otherwise being advised

in the premises, makes the following recommendation to the District Court:

1.      The motion asserts that the Defendant is indigent.  Further, the motion asserts

that his lawyer "lied to me that I would receive 7 years maximum and no career criminal

certification."

2.      The motion also asserts that his attorney "convinced me to sign a plea deal

under misleading and false promises I did not understand."

3.      Finally, the motion asserts that his attorney was ineffective in representing him.

4.      The Eleventh Circuit Court of Appeals dismissed the Defendant's direct appeal

by entry of an Order dated November 30, 2011.  That dismissal of the appeal references the

Defendant's waiver of his appellate rights set forth in his plea agreement and the Defendant's

acknowledging the existence of this appeal waiver during the plea colloquy at the trial court

level.

5.      The Defendant's arguments at this time are in the nature of a motion to vacate

or reduce sentence based upon ineffective assistance of counsel.  As such, this is a collateral

attack upon the sentence.  As referenced above, the Defendant has already had his direct appeal dismissed well over a year ago by the Eleventh Circuit Court of Appeals.

6.      The Defendant is not entitled to court appointed counsel to collaterally attack his conviction under a motion to vacate and/or reduce sentence.  United States v. Mitchell, 330 Fed. Appx. 811 (11th Cir. 2009) and United States v. Webb, 865 F.3d 789 (11th Cir. 2009).

**ACCORDINGLY,** based upon the foregoing, this Court recommends to the District Court that the Defendant's pro se Motion For Appointment of Counsel on Appeal [D.E. #45] be **DENIED.**

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case.

Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this _____ day of January, 2013, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Diana M. Acosta

Dymerance Jermaine Odom
Reg. No. 94444-004
Miami FDC
Inmate Mail/Parcels
P.O. Box 019120
Miami, FL 33101